

April 5, 2024

**Sarah M. Matz**
Partner
sarah@adelmanmatz.com
Dir: (646) 650-2213

Defendant CMG's motion to dismiss (ECF No. 11) is denied as moot. By **April 26, 2024**, Defendant CMG shall file an answer or a new motion to dismiss.

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
500 Pearl Street, Room 1920
New York, New York 10007

Dated:   April 8, 2024
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Idle Media, Inc. v. Create Music Group, Inc. et al.*
      Case No. 1:24-cv-00805-JLR

Hon. Judge Rochon:

We are litigation counsel for plaintiffs, Idle Media, Inc. ("Idle") and The Dispensary, LLC ("Dispensary") (collectively "Plaintiffs") in the above-referenced action. We write pursuant to Rules 1(A) and 3(B) of Your Honor's Individual Practices to advise the Court that the original Complaint [Dkt. No. 1] has been amended. *See* [Dkt No 24].  Given the amendment, we believe that Defendant Create Music Group, Inc's ("CMG") pending Motion [Dkt No. 11] is dismissed as moot pursuant to this Court's Individual Rules of Practice 3(B).  If any part of CMG's motion is not deemed dismissed, we respectfully request that the Court so advise, schedule a conference to discuss whether CMG intends to proceed with the portion of the motion that is not dismissed and stay Plaintiffs' obligation to oppose the motion pending said conference.

Pursuant to Rule 1(I), attached herewith is a copy the Amended Complaint, with redlined changes as against the original filed Complaint.

We greatly appreciate the Court's time and consideration, and should the Court need any additional information we are available at the Court's convenience.

Respectfully Submitted,

ADELMAN MATZ P.C.

*[signature]*

Sarah M. Matz, Esq.

Enclosure

Cc: Counsel of record via ECF

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1159 Second Avenue, Suite 153
New York, New York 10065

Office:
800 3rd avenue, 25th floor
New York, New York 10022