UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDLE MEDIA, INC. and THE DISPENSARY, LLC,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>-against-<br><br>CREATE MUSIC GROUP, INC. and KYLE REILLY,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 1:24-cv-00805 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On July 25, 2024, the Court granted a motion by Defendant Kyle Reilly's counsel to withdraw and noted that Defendant Reilly is now proceeding in this case *pro se*. The Court ordered Reilly, by August 26, 2024, to submit a letter indicating that he intends to continue to represent himself *pro se* or that he has obtained new counsel. Dkt. 69. That deadline has passed without any submission from Reilly.

The Court assumes from Reilly's lack of communication that he intends to represent himself in this case. Defendant Reilly is instructed to comply with the discovery deadlines in this action and is reminded of his September 30, 2024 deadline to file his opposition, if any, to Plaintiffs' motion for an order of attachment.

Plaintiffs shall serve by email a copy of this order on Defendant Reilly promptly and file a copy of an affidavit of service.

Dated: August 29, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_Jennifer Rochon_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge