UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDLE MEDIA INC,<br><br>        Plaintiff,<br><br>  -against-<br><br>CREATE MUSIC GROUP INC. and KYLE REILLY,<br><br>        Defendants. | Case No. 1:24-cv-00805 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 2, 2024, the Court held a conference in this matter to address three letters submitted by Plaintiff on September 11, 2024, September 20, 2024, and September 24, 2024. Dkt. Nos. 90, 93, and 96. This conference was initially noticed on September 23, 2024. Dkt. 94. The Court's order scheduling the conference was served on Mr. Reilly on the same day. Dkt. 95. Mr. Reilly did not contact the Court to request adjournment or to notify the Court that he would not be able to attend the conference. Mr. Reilly did not appear at the October 2, 2024 conference, nor did he respond to any of the letters filed by Plaintiff.

Plaintiff first requests that the Court endorse the Protective Order agreed upon by Plaintiff and Defendant Create Music Group, Inc. Dkt. 90. On September 13, 2024, the Court ordered Mr. Reilly to submit his position on the parties' Proposed Protective Order by September 18, 2024. Dkt. 91. Mr. Reilly was served with the Court's September 13, 2024 Order on the same day. Dkt. 92. The Court never received any objections or opposition to the parties' Proposed Protective Order from Mr. Reilly. In order to facilitate the adjudication of this case, the Court will enter the Protective Order agreed upon by Plaintiff and Defendant Create Music Group, Inc. *See* Dkt. 90-1.

Plaintiff next seeks to compel Defendant Reilly to respond to Plaintiff's First Set of Interrogatories and Plaintiff's First and Second Demands for Production of Documents and Things that were due on August 26, 2024 and September 12, 2024. Dkt. 93. Mr. Reilly did not respond to Plaintiff's September 20, 2024 letter to the Court, which was served on Reilly the same day. Dkt. 93-3. Defendant Reilly is hereby ordered to respond to Plaintiff's First Set of Interrogatories and Plaintiff's First and Second Demands for Production of Documents and Things by October 16, 2024.

Finally, Plaintiff seeks an adjustment to the briefing schedule for the attachment motion given the discovery delays. Dkt. 96. As agreed upon during today's conference, Defendants shall file opposition papers in response to Plaintiff's motion for an order of attachment by November 8, 2024. Plaintiffs shall file their reply by November 20, 2024, and Defendants shall file a sur-reply, if necessary, by December 3, 2024.

The Court advises Mr. Reilly that he is responsible for defending this action and following the Court's orders, whether he elects to obtain counsel or continue to appear *pro se*, and that failure to do so may result in adverse consequences, including judgment against him. The City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York may be a resource for pro bono assistance should Mr. Reilly continue to proceed pro se.

Dated: October 2, 2024
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge