UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDLE MEDIA, INC., and THE DISPENSARY, LLC,<br><br>                         Plaintiffs,<br><br>-against-<br><br>CREATE MUSIC GROUP, INC. and KYLE REILLY,<br><br>                         Defendants. | Case No. 1:24-cv-00805 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Defendant Reilly's response to Plaintiffs' request for a pre-motion discovery conference was due November 7, 2024. Dkt. 103. To date, the Court has received no such response. The Court therefore considers the request unopposed. The parties' pre-motion discovery conference shall be held on November 13, 2024 at 10:00 a.m.

Plaintiffs shall serve by email a copy of this order on Defendant Reilly promptly and file a copy of an affidavit of service. The Court further directs Defendant Reilly to update his address of record within 30 days of this Order.

Dated: November 8, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge