UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDLE MEDIA, INC. and THE DISPENSARY, LLC,<br><br>                                   Plaintiffs,<br><br>            -against-<br><br>CREATE MUSIC GROUP, INC. and KYLE REILLY,<br><br>                                   Defendants. | Case No. 1:24-cv-00805 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      As discussed at the parties' discovery conference, Defendant Kyle Reilly shall respond to Plaintiff's First Set of Interrogatories and Plaintiff's First and Second Demands for Production of Documents and Things by November 18, 2024. The Court reminds Mr. Reilly that the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York may be a resource for pro bono assistance should Mr. Reilly continue to proceed *pro se*. Mr. Reilly is also reminded that failure to comply with the Court's orders could result in adverse consequences for him in this litigation.

      Plaintiffs shall serve by email a copy of this Order on Mr. Reilly promptly and file a copy of an affidavit of service.

Dated: November 13, 2024
          New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge